# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| GREG SIMMONS, | ) |
| Plaintiff, | ) No. 08-cv-1068 |
| v. | ) |
| TIMOTHY GILLESPIE, | ) |
| Defendant. | ) |

FILED
AUG 2 0 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## OPINION AND ORDER

Before the Court is Defendant's Motion to Dismiss (Doc. 4) and Accompanying Memorandum (Doc. 5). Plaintiff filed a Response to the Motion to Dismiss. (Doc. 7.) This matter was referred to Magistrate Judge Byron Cudmore and Judge Cudmore filed a Report and Recommendation (Doc. 8) on August 1, 2008 in which Judge Cudmore recommended that the Motion to Dismiss be granted in part and denied in part. Specifically, Judge Cudmore recommended that Plaintiff's state law claims for damages be dismissed and that the Motion to Dismiss be denied in all other respects.

The parties were given until August 18, 2008 to file objections to the Report and Recommendation and neither party has filed an objection. Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Since no objection has been filed, the Court adopts the Report and Recommendation in full.

IT IS THEREFORE ORDERED that Judge Cudmore's Report and Recommendation is ADOPTED, the Motion to Dismiss is ALLOWED IN PART and DENIED IN PART. Specifically, Plaintiff's state law claims for damages are DISMISSED, and the Motion to Dismiss is DENIED in all other respects. This matter is referred to the Magistrate Judge for pretrial proceedings.

ENTERED this 20th day of August, 2008.

s/Joe B. McDade

Joe Billy McDade
United States District Judge