IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| GREG SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   08 - 1068 |
| | ) | |
| TIMOTHY GILLESPIE | ) | |
| Chief of Police, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S PETITION FOR VOLUNTARY DISMISSAL UNDER RULE 41(a)(2)

Plaintiff requests, under Rule 41(a)(2) an order of this Honorable Court dismissing this cause without prejudice.  In support, Plaintiff states:

1. Defendant has filed an answer, therefore dismissal under Rule 41(a)(1) is not at this stage proper;

2. Nevertheless, this Honorable Court may allow Plaintiff to voluntarily dismiss at this stage, "on terms that the court considers proper."

3. The parties have not expended large amounts of time, effort and expense into this action.  The parties have exchanged documents and discussed settlement, but have not engaged in depositions or more involved trial preparations.  Plaintiff is unaware of any witness subpoenas being requested or issued for any trial in this matter.

4. The parties were ordered to file summary judgment motions by April 8, 2010.

5. Should this petition be denied, Plaintiff requests an additional week in which to file his summary judgment motion.

6. Defendant has not asserted any counterclaims.

7. Plaintiff is not aware of any prejudice to the Defendant which would result from granting voluntary dismissal.

WHEREFORE, Plaintiff respectfully requests that his request to voluntarily dismiss this cause under Rule 41(a)(2) be granted, without prejudice.

>Respectfully submitted,
>
>GREG SIMMONS, Plaintiff,
>
>BY: ____/s/ Shane Voyles_____
>     Shane Voyles #6279482

POLICEMEN'S BENEVOLENT LABOR COMMITTEE
435 West Washington Street
Springfield, IL  62702
(217) 523-5141 xt. 202
(217) 523-7677 (fax)
svoyles@pbpa.org

### Proof of Service

I hereby certify that on the 8th day of April, 2010 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Fleming
Fleming and Umland
1518 Associated Bank Plaza
411 Hamilton Blvd.
Peoria, IL 61602
(309) 676-7657

>/s/ Shane Voyles
>_____