UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| GREG SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-1068 |
| | ) | |
| TIMOTHY GILLESPIE, | ) | |
| Chief of Police, | ) | |
| Defendant. | ) | |

**MOTION FOR FINDING OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

NOW COMES the Defendant, TIMOTHY GILLESPIE, by and through JOHN P. FLEMING, one of his attorneys, and pursuant to Fed. R. Civ. P. Rules 7 and 12, moves this Honorable Court for a finding of settlement reached between him and the Plaintiff, GREG SIMMONS and for dismissal of this action with prejudice. In support of said motion, the Defendant states as follows:

1. The undersigned party hereby asserts that a settlement has been reached between Plaintiff and Defendant, at the figure of $4,000.00. The parties have exchanged proposed settlement documents, and Defendant has tendered a settlement check to the Plaintiff in the above amount. (See attached settlement documents, Exhibits "A" and "B".)

2.  The only hold-up in the closing documents is Plaintiff's counsel continually requesting changes in the Release document, and requesting certain exclusions as to what is allegedly "reserved" by Plaintiff. Defense counsel is agreeable to some changes in the Release language, as long as all claims in the pending lawsuit are dismissed.

3.  In fact, the undersigned Defendant only needs the Release, and the Order of Dismissal, to state that all claims in U.S. Dist Court, CDIL, Case No. 08-1068 are released and dismissed with prejudice.

4.  Plaintiff plead and filed this suit. Plaintiff accepted $4,000.00 in exchange for full release and dismissal of all claims in this suit. That is all Defendant seeks.

WHEREFORE, it is requested that this Court enter the following elements of relief at this time:

A. Find that all claims in the above cause have been settled;

B. Enter an Order of dismissal of the above lawsuit, with prejudice, under either FRCP Rule 7 or Rule 12;

C. Deny plaintiff's current request to dismiss this case under FRCP Rule 41.

TIMOTHY GILLESPIE, Chief of Police, Defendant,

BY:_____/s/ John P. Fleming_____
JOHN P. FLEMING, His Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on April 13, 2010, as follows:

Mr. Shane Voyles
Policemen's Benevolent Labor Committee
435 West Washington Street
Springfield, Illinois  62702.

/s/ John P. Fleming
John P. Fleming

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois  61602
Telephone: (309) 676-7657
JPF/bla:09-135
ARDC: 6187975