# FLEMING & UMLAND
## Law Offices
1518 ASSOCIATED BANK PLAZA
411 HAMILTON BOULEVARD
PEORIA, ILLINOIS 61602

John P. Fleming
Scott E. Umland
Shelley Moore McCormick
Heather J. Brune

(309) 676-7657
Fax (309) 676-8776

June 26, 2009

Mr. Shane Voyles
Staff Attorney
Policemen's Benevolent Labor Committee
435 West Washington Street
Springfield, Illinois  62702

    RE:    Greg Simmons v. Timothy Gillespie, Chief of Police
             U.S. District Court Case No. 08-1068
             My File No. 09-135

Dear Mr. Voyles:

    In order to conclude the settlement reached between our mutual clients (involving negotiations between yourself and Attorney Brad Ingram), enclosed are the following items, now that I have received the settlement draft:

1. Settlement draft in the amount of $4,000.00 to Greg Simmons and yourself;
2. The Release of All Claims; and
3. Stipulation for Dismissal of Case No. 08-1068.

    As customary, please do not have the settlement draft endorsed until the Release has been signed and notarized. Please return the original signed and notarized Release to me. Please sign the Stipulation for Dismissal, and forward it to me. I will have the Order of Dismissal entered with the court, and the Court Electronic Filing System will return a filed copy to you. Any questions, please call.

                                    Respectfully submitted,

                                    FLEMING & UMLAND

                                    John P. Fleming

JPF/bla
Enclosures

THE FACE OF THIS CHECK CONTAINS A MICROPRINT BORDER AND A BLUE SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF VOID IS VISIBLE.

CCMSI O/B/O IML
TOWN CENTRE SUITE 208
DANVILLE, IL 61832

Old National Bank
DANVILLE, IL 61832

70-87/711

Check Number   036553

Date: 06/23/2009
Batch #: 300223502

Amount

$****4,000.00

Amount: FOUR THOUSAND AND XX / 100******************************

PAY TO THE ORDER OF
GREG SIMMONS & SHANE VOYLES
C/O FLEMING & UMLAND
411 HAMILTON #1518
PEORIA, IL 61602

Void After 90 Days
Two Signatures Required for Amounts over 5,000.00

⑃"000 36553"⑃  ⑃:0863000 12⑃:  1118 7075 2"⑃

| Invoice # | Claimant | Claim # | Invoice Amt | Disc. Amt | Net Paid | Comment | Adjuster |
|---|---|---|---|---|---|---|---|
|  | Simmons, Greg 03/27/2006 | 06050A233057 | 4,000.00 | 0.00 | 4,000.00 | FULL SETTLEMENT | FOREILLY |

Loc: Pekin

tch #: 300223502
Check Number 036553

Check Amount $****4,000.00

## FULL AND FINAL RELEASE OF ALL CLAIMS
## TO INCLUDE ATTORNEYS' FEES, COSTS AND EXPENSES

FOR THE SOLE AND ONLY CONSIDERATION of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00), the receipt of which is hereby acknowledged, I, Greg Simmons, being over the age of eighteen (18) years, hereby fully and forever release and discharge Timothy Gillespie, Chief of Police, City of Pekin, and any and all officials, officers, attorneys, employees, agents, representatives, committees, boards, councils, commissions, or other bodies or individuals, whether elected or appointed of City of Pekin, or any other person, corporation, governmental body, association, successors, or entity charged with the alleged responsibility for violations, damages, or injuries to my person, property, civil rights, or interest in the treatment to me and any consequences resulting therefrom as a result of all actions taken, incidents, accidents, casualties, or events which occurred in or about Pekin, Illinois, on or about the 27th day of March, 2006, or at any time subsequent thereto, as is more particularly described in a Complaint and in all amendments entitled Greg Simmons v. Timothy Gillespie pending in United States District Court, Central District of Illinois, Peoria Division, bearing case number 08-1068 and as described in a Complaint and all amendments entitled Greg Simmons v. Timothy Gillespie, Chief of Police, City of Pekin, pending at one time in the Tenth Judicial Circuit, Tazewell County, bearing case number 2008-MR-l7.

I DECLARE AND AGREE that without limiting the foregoing language, I hereby release and discharge the above-described persons or parties from any and all actions, claims, or demands under or pursuant to 42 U.S.C., § 1983, 42 U.S.C., § 1988, 5th and 14th Amendments of the United States Constitution, Article 1, § 22 of the Illinois Constitution of 1970, as well as 65 ILS5/1 0-2.1-17 or any other statute or law of the United States or of the State of Illinois and any

1

and all actions, claims, or demands arising out of the U.S. Constitution, the Constitution of the State of Illinois, or the common law of the United States or the State of Illinois.

I DECLARE AND AGREE that this release and settlement is intended to cover and does cover not only all now known injuries, losses, and damages, but any future injuries, losses, and damages not now known or anticipated but which may later develop or be discovered, including all the effects and consequences thereof

I FURTHER DECLARE AND AGREE that the amount above stated herein is the sole consideration for this release and that all agreements and understandings between the parties hereto are embodied and expressed herein and that the terms of this release are contractual and not a mere recital.

I FURTHER DECLARE AND AGREE that the payment of the above sum is in full accord and satisfaction of a disputed claim against TIM GILLESPIE, CHIEF OF POLICE, CITY OF PEKIN, and is not to be construed as an admission of any liability whatsoever by or on behalf of the above named TIM GILLESPIE, CHIEF OF POLICE, CITY OF PEKIN, by whom all liability is hereby expressly denied. All claims against any persons not named in this Release are hereby reserved.

THE undersigned attorney, Shane Voyles, Staff Attorney for the Policemen's Benevolent Labor Committee, acknowledges that as attorney for Tim Gillespie, Chief of Police, City of Pekin in the above-described cause of action, that the sum of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) has been paid jointly to Greg Simmons and Shane Voyles, Staff Attorney of the Policemen's Benevolent Labor Committee, the receipt of which is hereby acknowledged and is intended to cover any and all claims, demands, or rights for attorneys' fees, costs, or expenses for services rendered, or costs for expenses incurred by the attorneys for Greg

Simmons in the prosecution of an alleged and disputed claim on behalf of Greg Simmons.

Further, that the undersigned attorney, Shane Voyles, Staff Attorney of the Policemen's Benevolent Labor Committee, as attorneys for Greg Simmons, hereby releases and discharges Timothy Gillespie, Chief of Police, City of Pekin and any and all officials, officers, attorneys, employees, agents, representatives, committees, boards, councils, commissions, or other bodies or individuals, whether elected or appointed of City of Pekin or any other person, corporation, governmental body, association, successors, or entity charged with the alleged responsibility for violations, damages, or injuries to my person, property, civil rights, or interest, from any and all actions, claims, or demands under or pursuant to 42 U.S.C., § 1988, or any other law or statute which may give rise to a claim for attorneys' fees, costs, or expenses for services rendered or costs for expenses incurred by the above-named law firm on behalf of Tim Gillespie, Chief of Police City of Pekin for the prosecution of the above-captioned cause.

ALONG WITH MY ABOVE-NAMED ATTORNEYS, I HAVE READ THE FOREGOING RELEASE AND FULLY UNDERSTAND IT.

IN WITNESS WHEREOF, Greg Simmons and Tim Gillespie, Chief of Police, City of Pekin HAVE hereunto set their hands and seals this _____ day of _____,2009.

_____
Greg Simmons

_____
Shane Voyles, Staff Attorney of the
Policemen's Benevolent Labor
Committee

STATE OF ILLINOIS    )
                                  ) ss.
COUNTY OF            )

On this _____ day of_____, 2009, before me personally appeared Greg Simmons and Shane Voyles, Staff Attorney of the Policemen's Benevolent Labor Committee, known to me to be the persons whose signatures appear above, who signed this Release in my presence, and who acknowledged to me that they had read and understood it and who further acknowledged that they had executed it for the purposes, uses and consideration set forth therein.

_____
NOTARY PUBLIC

4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| GREG SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1068 |
| | ) |
| TIMOTHY GILLESPIE, Chief of Police, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate and agree that all claims in the above lawsuit, including both claims for compensatory damages and punitive damages, may be dismissed, with prejudice, causes of action satisfied, each party to bear their own fees and costs.

GREG SIMMONS, Plaintiff,                TIMOTHY GILLESPIE, Chief of Police, Defendant,

BY:_____       BY:_____
   SHANE VOYLES, His Attorney               JOHN P. FLEMING, His Attorney