12/12/2008 12:08 FAX 12175237677 PBPA.BCOM → Peoria Mail ☒ 001/005
12/12/2008 11:11 21752  1:08-cv-01068-JBM-BGC # 21-2  Page 1 of 4  PBPA OF ILLINO  PAGE 01

E-FILED
Tuesday, 13 April, 2010 03:51:45 PM
Clerk, U.S. District Court, ILCD



**POLICEMEN'S BENEVOLENT LABOR COMMITTEE**

**FACSIMILE TRANSMISSION COVER SHEET**

435 West Washington Street
Springfield, Illinois 62702
OFFICE: 217/523-5141
FAX: 217/523-7677

**CONFIDENTIAL NOTICE**

This FAX is intended only for the use of the individual or entity to which it is addressed and contains information that is PRIVILEGED & CONFIDENTIAL. If you received this FAX in error, please notify us by telephone immediately and return the documents to the address above via the U. S. Postal Service.

TO: Brad Ingram

FIRM/AGENCY: Heyl / Royster

FAX NO.: 309 676 3374   NO. of PAGES (including cover sheet) 5

SENT BY: SW   DATE: 12/10/08

REMARKS/COMMENTS:

If this is acceptable to you, I will have Greg sign & we are finished with the firearms case. Sorry to be a stickler but Pat Murphey is lurking and he may very well pervert what was not meant to be into something it is not. The other form you sent looks perfectly fine!

## FULL AND FINAL RELEASE OF ALL CLAIMS
## TO INCLUDE ATTORNEYS' FEES, COSTS AND EXPENSES

FOR THE SOLE AND ONLY CONSIDERATION of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00), the receipt of which is hereby acknowledged, I, Greg Simmons, being over the age of eighteen (18) years, hereby fully and forever release and discharge Timothy Gillespie, Chief of Police, City of Pekin, and any and all officials, officers, attorneys, employees, agents, representatives, committees, boards, councils, commissions, or other bodies or individuals, whether elected or appointed of City of Pekin, or any other person, corporation, governmental body, association, successors, or entity charged with the alleged responsibility for violations, damages, or injuries to my person, property, civil rights, or interest in the treatment to me and any consequences resulting therefrom as a result of the same actions taken, incidents, accidents, casualties, or events which occurred in or about Pekin, Illinois, on or about the 27th day of March, 2006, or at any time subsequent thereto, as is more particularly described in a Complaint and in all amendments entitled Greg Simmons v. Timothy Gillespie pending in United States District Court, Central District of Illinois, Peoria Division, bearing case number 08-1068 and as described in a Complaint and all amendments entitled Greg Simmons v. Timothy Gillespie, Chief of Police, City of Pekin, pending at one time in the Tenth Judicial Circuit, Tazewell County, bearing case number 2008-MR-17.

I DECLARE AND AGREE that without limiting the foregoing language, I hereby release and discharge the above-described persons or parties from those specified actions, claims, or demands under or pursuant to 42 U.S.C., § 1983, 42 U.S.C., § 1988, 5th and 14th Amendments of the United States Constitution, Article 1, § 22 of the Illinois Constitution of 1970,

12/12/2008 12:17 IFAX legalmail@pbpa.com → Peoria Mail ☒ 003/005
12/12/2008 11:11 21752 PBPA OF ILLINOIS PAGE 03
1:08-cv-01068-JBM-BGC # 21-2 Page 3 of 4

~~any other~~ ^sw^ any other statute or law of the United States or of the State of Illinois and any and all actions, claims, or demands arising out of the U.S. Constitution, the Constitution of the State of Illinois, or the common law of the United States or the State of Illinois *for those claims.* ^sw^

I DECLARE AND AGREE that this release and settlement is intended to cover and does cover not only all now known injuries, losses, and damages, but any future injuries, losses, and damages not now known or anticipated but which may later develop or be discovered, including all the effects and consequences thereof *at issue in 08-1068 & 08 MR 17.* ^sw^

I FURTHER DECLARE AND AGREE that the amount above stated herein is the sole consideration for this release and that all agreements and understandings between the parties hereto are embodied and expressed herein and that the terms of this release are contractual and not a mere recital.

I FURTHER DECLARE AND AGREE that the payment of the above sum is in full accord and satisfaction of a disputed claim against TIM GILLESPIE, CHIEF OF POLICE, CITY OF PEKIN, and is not to be construed as an admission of any liability whatsoever by or on behalf of the above named TIM GILLESPIE, CHIEF OF POLICE, CITY OF PEKIN, by whom all liability is hereby expressly denied.

THE undersigned attorney, Shane Voyles, Staff Attorney for the Policemen's Benevolent Labor Committee, acknowledges that as attorney for Tim Gillespie, Chief of Police, City of Pekin in the above-described cause of action, that the sum of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) ~~has been~~ *will be* paid ~~jointly to~~ Greg Simmons ~~and Shane Voyles, Staff Attorney of the Policemen's Benevolent Labor Committee~~, the receipt of which ~~is hereby~~ *will be* acknowledged and is intended to cover any and all claims, demands, or rights for attorneys' fees, costs, or

-2-

expenses for services rendered, or costs for expenses incurred by the attorneys for Greg Simmons in the prosecution of ~~an~~ the alleged and disputed claim *specified herein* on behalf of Greg Simmons. Further, that the undersigned attorney, Shane Voyles, Staff Attorney of the Policemen's Benevolent Labor Committee, as attorneys for Greg Simmons, hereby releases and discharges Timothy Gillespie, Chief of Police, City of Pekin and any and all officials, officers, attorneys, employees, agents, representatives, committees, boards, councils, commissions, or other bodies or individuals, whether elected or appointed of City of Pekin or any other person, corporation, governmental body, association, successors, or entity charged with the alleged responsibility for violations, damages, or injuries to my person, property, civil rights, or interest, from *these* ~~any such~~ actions, claims, or demands under or pursuant to 42 U.S.C., § 1988, or any other law or statute which may give rise to a claim for attorneys' fees, costs, or expenses for services rendered or costs for expenses incurred by the above-named law firm on behalf of Tim Gillespie, Chief of Police City of Pekin for the prosecution of the above-captioned cause.

ALONG WITH MY ABOVE-NAMED ATTORNEYS, I HAVE READ THE FOREGOING RELEASE AND FULLY UNDERSTAND IT.

IN WITNESS WHEREOF, Greg Simmons and Tim Gillespie, Chief of Police, City of Pekin HAVE hereunto set their hands and seals this _____ day of _____, 2008.

*Further, Simmons & Voyles assert that this claim, once settled, will not be re-filed & could not be successfully prosecuted b/c of applicable statutes of limitation. Simmons & Voyles unequivocally assert this document ends the firearms issue arising from the 3/27/06 PPD Order.*

_____
Greg Simmons

_____
Shane Voyles, Staff Attorney of the
Policemen's Benevolent Labor Committee

-3-