UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| GREG SIMMONS, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 08-1068 |
| TIMOTHY GILLESPIE,<br>Chief of Police, | ) |
|       Defendant. | ) |

## REPLY TO PLAINTIFF'S PETITION FOR VOLUNTARY DISMISSAL

NOW COMES the Defendant, TIMOTHY GILLESPIE, by and through JOHN P. FLEMING, one of his attorneys, and hereby OBJECTS to Plaintiff's Petition for Voluntary Dismissal under FRCP Rule 41(a)(2). In support of said Reply, the Defendant states as follows:

1.  The undersigned party hereby asserts that a settlement has been reached between Plaintiff and Defendant, at the figure of $4,000.00, resolving all claims in the present lawsuit. (See authorities, arguments and exhibits contained in Doc.# 21, filed on April 13, 2010, in this case.)

2.  Since this case is settled in all respects, this case should properly be dismissed **with prejudice**, under FRCP Rule 7 or Rule 12, as opposed to the voluntary dismissal sought by Plaintiff under Rule 41.

3. Although Defendant has tendered the $4000, it has not yet been cashed by Plaintiff. As a courtesy to Plaintiff, this case should not be dismissed until Plaintiff receives a new settlement draft in the amount of $4000, which should be complete within thirty (30) days.

4. Contrary to Plaintiff's assertion, Defendant will be prejudiced by a voluntary dismissal under FRCP Rule 41. Defendant is entitled to a dismissal with prejudice, pursuant to settlement reached. Plaintiff's Petition filed under Rule 41 (Doc. # 20) should be denied.

WHEREFORE, it is requested that this Court enter the following elements of relief at this time:

A. Find that all claims in the above cause have been settled;

B. Enter an Order of dismissal of the above lawsuit, with prejudice, under either FRCP Rule 7 or Rule 12 (pursuant to Doc. # 21);

C. Deny plaintiff's current request to dismiss this case under FRCP Rule 41.

TIMOTHY GILLESPIE, Chief of Police, Defendant,

BY: ___/s/ John P. Fleming___
JOHN P. FLEMING, His Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties to the above cause by and through their attorneys of record by electronically mailed Notice from Federal Court Electronic Filing System on April 15, 2010, as follows:

Mr. Shane Voyles
Policemen's Benevolent Labor Committee
435 West Washington Street
Springfield, Illinois  62702.

/s/ John P. Fleming
John P. Fleming

Mr. John P. Fleming
FLEMING & UMLAND
411 Hamilton Blvd., Suite 1518
Peoria, Illinois  61602
Telephone: (309) 676-7657
JPF/bla:09-135
ARDC: 6187975