IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| GREG SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   08 - 1068 |
| | ) | |
| TIMOTHY GILLESPIE | ) | |
| Chief of Police, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR A FINDING OF
SETTLEMENT AND FOR A DISMISSAL WITH PREJUDICE

In Response to Defendant's April 13, 2010 pleading and partial disclosure of some, but not all, settlement discussions, Plaintiff states:

1. Plaintiff did not request dismissal under Rule 41(a)(1), since Defendant had already answered;

2. Plaintiff requested, under Rule 41(a)(2), an order of this Honorable Court dismissing this cause without prejudice;

3. Defendant did not assert any prejudice or other good cause why that order should not be entered;

4. Defendant tendered some settlement documents, to demonstrate either settlement or bad faith by Plaintiff, but did not tender any contract with Defendant's signature and did not report to the court that Plaintiff rejected and returned the $4000.00 check. Furthermore, the two release forms presented by Defendant are not the same and are different, with the latter, 2009 form differing from the 2008 form altered and signed

by Plaintiff's counsel. Defendant refused to incorporate the first and all alterations Plaintiff made to Defendant's proposed document. The documents Defendant tendered, therefore, do not indicate any mutual assent nor meeting of the minds. Likewise, those documents do not prove that Plaintiff, unilaterally, kept changing the terms of the settlement. They only prove written settlement discussions and proposals.

5. The impasse in this case derives from Defendant's apparent insistence on settlement with prejudice to other claims while Plaintiff desires to avoid any res judicata effect from settlement in this case to other pending and not yet filed matters. Bargaining impasse over this term of settlement is not unheard of. *See* Thompson v. U.S. Dep't. of Labor, 885 F.2d 551 (1989).

6. The parties have been discussing settlement during 2010, as they represented to this Honorable Court, but have not been able to resolve this impasse.

7. Plaintiff understands that this Honorable Court could have, based upon the parties' representations to it, entered an order under local Rule 16.1(C) dismissing this matter without prejudice with leave to reopen if settlement is not finalized.

8. Plaintiff understands that any one party, could have asked for a case to be "reopened" under Rule 16.1 if settlement was not finalized.

9. Defendant seeks an order from this Honorable Court to impose his terms of settlement, by asking this Court to exercise more discretion than granted under Rule 16.1(C). Defendant's justification for these demands, two different unsigned settlement drafts, is not proof warranting such relief.

10. A contract may be attached to a complaint or counterclaim, but no party is authorized to tender settlement discussions to the fact-finder in a pending case in order to gain some sort of advantage.

11. Plaintiff remains unaware of any prejudice to the Defendant which would result from granting voluntary dismissal under Rule 41(a)(2).  As the hand-written paragraph at the end of the 2008 settlement draft indicates, Plaintiff has never agreed to dismiss this matter with prejudice.

WHEREFORE, Plaintiff respectfully requests that his request to voluntarily dismiss this cause under Rule 41(a)(2) be granted, without prejudice.

        Respectfully submitted,

        GREG SIMMONS, Plaintiff,

        BY: ____/s/ Shane Voyles_____
            Shane Voyles #6279482

POLICEMEN'S BENEVOLENT LABOR COMMITTEE
435 West Washington Street
Springfield, IL  62702
(217) 523-5141 xt. 202
(217) 523-7677 (fax)
svoyles@pbpa.org

**Proof of Service**

I hereby certify that on the 20th day of April, 2010 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John P. Fleming
Fleming and Umland
1518 Associated Bank Plaza
411 Hamilton Blvd.
Peoria, IL 61602
(309) 676-7657

/s/ Shane Voyles
_____